UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATREse CARR

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Eddie Lesnjani
And
Pinnacle Holdings

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
SDNY PRO SE OFFICE
2016 APR 19 AM 8:14

16CV2887

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name LATREse CARR
ID # 14A2840
Current Institution WATERTOWN CORR FAC
Address 23147 SWAN ROAD
WATERTOWN, N.Y. 13601-9340

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Eddie Lesnjani            46-34 11th Street
And                       Long Island City
Pinnacle Holdings         New York 11101

Rev. 05/2007                                       1

Defendant No. 1   Name  *Eddie Lesnjani*   Shield # _____
Where Currently Employed  *Pinnacle Holding.*
Address  *46-34 11th Street, Long Island City New York 11101*

Defendant No. 2   Name  *Pinnacle Holdings*   Shield # _____
Where Currently Employed  *Pinnacle Holdings*
Address  *46-34 11th Street, Long Island City New York 11101*

Defendant No. 3   Name  *N/A*   Shield # _____
Where Currently Employed  _____
Address  _____

Defendant No. 4   Name  *N/A*   Shield # _____
Where Currently Employed  _____
Address  _____

Defendant No. 5   Name  *N/A*   Shield # _____
Where Currently Employed  _____
Address  _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?  *130 Martense St and 615 Rugby Road Brooklyn N.Y.*

B. Where in the institution did the events giving rise to your claim(s) occur?  *N/A*

C. What date and approximate time did the events giving rise to your claim(s) occur?  *3-15-12 - 1-5-14*

D. Facts:

**What happened to you?** My Thirteenth Amendment was Violated New York State Constitution (Rule 125) Also violated I worked for Eddie Lesnsani And Pinnacle Holdings As A Porter From 3-15-12 to 1-5-14 Without ever being Paid.

**Who did what?** Eddie Lesnsani As Management for Pinnacle Holdings hired me 3-15-12 to begin Porter works in 130 Martense, Brooklyn N.Y. Seven months (7) Later I began working At 615 Rugby until 1-5-14

**Was anyone else involved?** No

**Who else saw what happened?** Department of Labor Awarded me back pay 4-8-16

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental Anguish, And Emotional Strain. Defamation of Character

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure? N/A

Yes ___ No ✓ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)? N/A

Yes ___ No ___ Do Not Know ___

If YES, which claim(s)? ___

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose? N/A

Yes ___ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? N/A

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

*Rev. 05/2007*

4

informed, when and how, and their response, if any: N

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want the courts to hold Eddie Lesniak. and Pinnacle Holdings to account for violating my rights (Thirteenth Amendments) And my new York Constitution Rights Rule 17. Labor not a Commodity; hours and wages in public work; right to organize and bargain collectively. 17- Labor of human beings is not a commodity nor an article of Commerce and shall never be so considered or construed

$125,000,000

VI. **Previous lawsuits:**

[On these claims]

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket or Index number __N/A__
4. Name of Judge assigned to your case __N/A__
5. Approximate date of filing lawsuit __N/A__
6. Is the case still pending? Yes ____ No ____ N/A

If NO, give the approximate date of disposition __N/A__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A__

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____N/A_____

Defendants _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket or Index number __N/A__
4. Name of Judge assigned to your case __N/A__
5. Approximate date of filing lawsuit __N/A__
6. Is the case still pending? Yes ____ No ____ N/A

If NO, give the approximate date of disposition __N/A__

Rev. 05/2007

6

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 10 day of April, 2016

Signature of Plaintiff: _____
Inmate Number: 14A 2840
Institution Address: Watertown Corr Fac., 23147 Swan Road, Watertown N.Y. 13601-9240

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 10 day of April, 2016, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

# AFFIDAVIT OF SERVICE BY MAIL

State of New York           :

County of _N.Y. Brooklyn_   :   SS: _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_

I, _Larese Carr_, being duly sworn, deposes and says: that I am the plaintiff herein and served a copy of the following document(s):

_1983_ _____ (Specify document(s))

on _____ (Name of person/Addressee)

at: _____ (Address to which document(s) were sent)

by mailing and depositing a true and correct copy of said document(s) in a mailbox located

at: _____

on the following date: _____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _4-12-16_            _[signature]_
                            Signature of Plaintiff

Sworn to before me this _12th_ day of _April_, _2016_.

_Wanda E. Merchant_
Notary Public

WANDA E. MERCHANT
Notary Public, State of New York
Residing in Jefferson County, No. 4662324
My Commission Expires July 31, _2016_

FORM I (1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LATRESE CARR
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

\_\_\_ Civ. _____ (\_\_) (\_\_)

- against -

Eddie Lesnjani
And
Prinacle Holdings
_____

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, LATRESE CARR, declare under penalty of perjury that I have
        *(name)*

served a copy of the attached _____
                                           *(document you are serving)*

upon _____ whose address is _____
         *(name of person served)*

_____
                   *(where you served document)*

by _____.
     *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: 4-10-16 , N.Y
         *(town/city)*   *(state)*

        4      10 , 2016
     *(month)*  *(day)* *(year)*

Signature: [signed]

Address: 23147 Sloan Road

City, State: Watertown

Zip Code: N.Y.

Telephone Number: 13601-9340

*Rev. 05/2007*

```
ICS902-06                                                                                    04/11/16
                         STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                 03-WATERTOWN      CORRECTIONAL FACILITY
                         INMATE STATEMENT FOR THE PERIOD 04/01/16 THRU 04/11/16
**************************************************************************************
*                                                                                     *
*  NAME-CARR LATRESE            DEPT ID-14A2840    CELL LOC-0J-01-02B NYSID-04924656J  *
*                                                                                     *
**************************************************************************************
FACILITY    DATE     ---- TRANSACTION ----   TR-NUM     RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                          (COMMENTS)                                                            SPENDABLE    ACCT BAL
                     STARTING BALANCE AT WATERTOWN                                   194.99       37.95       232.94
                     BALANCE FORWARD                                                                          232.94

WATERTOWN  04/07/16 PAYROLL RCPT           130910         1.50                          .30       39.15       234.44
WATERTOWN  04/07/16 PAYROLL RCPT           168905         1.50                          .30       40.35       235.94

                    PERIOD ENDING TOTALS                  3.00         .00           195.59       40.35       235.94

                    ENDING BALANCE AT WATERTOWN

            20% OF AVERAGE 6 MO SPENDABLE BALANCE          3.30     20% OF AVERAGE 6 MO DEPOSIT AMT    20.08

            LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    9.53
            THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

------------------------------------- ENCUMBRANCE BREAKDOWN -------------------------------------
---- REASON ----    DATE IMPOSED    --- NOTES ---      TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CASE
GATE MONEY            08/21/14    AUTO GATE MONEY         30.47        .00         30.47         .00      NEW YORK
SURCHARGE             07/17/14       1681 13             325.00        .60        165.12      159.88

   *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                         WATERTOWN    CORRECTIONAL FACILITY
                         INMATE STATEMENT FOR THE PERIOD 03/01/16 THRU 03/31/16
     *********************************************************************************
     *                                                                                *
     *  NAME:CARR LATRESE              DEPT ID:14A2840    CELL LOC:0J-01-02B  NYSID:04924656J  *
     *                                                                                *
     *********************************************************************************

FACILITY      DATE       ---- TRANSACTION ----     TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                              (COMMENTS)                                                             SPENDABLE    ACCT BAL
                         STARTING BALANCE AT WATERTOWN                                168.95                      199.37
                         BALANCE FORWARD                                                             30.42        199.37

WATERTOWN   03/02/16  COMM BUY
WATERTOWN   03/03/16  PAYROLL RCPT              130910         1.50       28.54                      1.88         170.83
WATERTOWN   03/03/16  PAYROLL RCPT              691201         2.37                    .30           3.08         172.33
WATERTOWN   03/10/16  PAYROLL RCPT              130910         1.50                    .47           4.98         174.70
WATERTOWN   03/10/16  PAYROLL RCPT              691201         2.37                    .30           6.18         176.20
WATERTOWN   03/11/16  MAIL RECEIPT              A41832        48.75                    .47           8.08         178.57
WATERTOWN   03/16/16  COMM BUY                                            12.19                     44.64         227.32
WATERTOWN   03/17/16  PAYROLL RCPT              130910         1.50                    .00            .15         182.83
WATERTOWN   03/17/16  PAYROLL RCPT              691201         2.37       44.49        .30           1.35         184.33
WATERTOWN   03/24/16  PAYROLL RCPT              130910         1.50                    .47           3.25         186.70
WATERTOWN   03/24/16  PAYROLL RCPT              691201         2.37                    .30           4.45         188.20
WATERTOWN   03/29/16  MAIL RECEIPT              A42057        40.00                    .47           6.35         190.57
WATERTOWN   03/31/16  ORG DUES (MICROWAVE)                               1.50         10.00         36.35         230.57
WATERTOWN   03/31/16  PAYROLL RCPT              130910         1.50                    .00          34.85         229.07
WATERTOWN   03/31/16  PAYROLL RCPT              691201         2.37                    .30          36.05         230.57
                                                                                       .47          37.95         232.94

                      MONTHLY ENDING TOTALS                  108.10       74.53      194.99

                   ENDING BALANCE AT WATERTOWN                                                      37.95         232.94

          20% OF AVERAGE 6 MO SPENDABLE BALANCE    3.30    20% OF AVERAGE 6 MO DEPOSIT AMT    20.08

                   LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -       9.53
                   THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---- REASON ----    DATE IMPOSED    --- NOTES ---  ENCUMBRANCE BREAKDOWN --------------------------
                                                   TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE   CNTY/ORI CAS
GATE MONEY         08/21/14    AUTO GATE MONEY       30.47         .00       30.47          .00
SURCHARGE          07/17/14    1681 13              325.00       26.04      164.52        160.48      NEW YORK

    *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                          STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                      WATERTOWN CORRECTIONAL FACILITY
                          INMATE STATEMENT FOR THE PERIOD 01/30/16 THRU 02/29/16
  *************************************************************************
  *                                                                        *
  *  NAME:CARR LATRESE         DEPT ID:14A2840   CELL LOC:0J-01-02B   NYSID:04924656J  *
  *                                                                        *
  *************************************************************************

FACILITY      DATE       ---- TRANSACTION ----     TR-NUM     RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE     STATEWIDE
                              (COMMENTS)                                                              SPENDABLE     ACCT BAL
                         STARTING BALANCE AT WATERTOWN                                    143.77                     149.67
                         BALANCE FORWARD                                                                 5.90        149.67

WATERTOWN     02/03/16   COMM BUY                                            5.61                         .29        144.06
WATERTOWN     02/04/16   MAIL RECEIPT              A41308       40.00                    10.00          30.29        184.06
WATERTOWN     02/04/16   PAYROLL RCPT              130910        1.50                      .30          31.49        185.56
WATERTOWN     02/04/16   PAYROLL RCPT              691201        2.37                      .47          33.39        187.93
WATERTOWN     02/11/16   PAYROLL RCPT              130910        1.50                      .30          34.59        189.43
WATERTOWN     02/11/16   PAYROLL RCPT              691201        2.37                      .47          36.49        191.80
WATERTOWN     02/16/16   MAIL RECEIPT              A41503       48.75                    12.19          73.05        240.55
WATERTOWN     02/17/16   COMM BUY                                           36.42                       36.63        204.13
WATERTOWN     02/18/16   PAYROLL RCPT              130910        1.50                      .30          37.83        205.63
WATERTOWN     02/18/16   PAYROLL RCPT              691201        2.37                      .47          39.73        208.00
WATERTOWN     02/22/16   POSTAGE                                            11.23                       28.50        196.77
WATERTOWN     02/22/16   MISC DIS (BOX                                        .80                       27.70        195.97
WATERTOWN     02/25/16   PAYROLL RCPT              130910        1.50                      .30          28.90        197.47
WATERTOWN     02/25/16   PAYROLL RCPT              691201        1.90                      .38          30.42        199.37

                         MONTHLY ENDING TOTALS                 103.76       54.06       168.95          30.42        199.37

                         ENDING BALANCE AT WATERTOWN                                                                 199.37

                         20% OF AVERAGE 6 MO SPENDABLE BALANCE   2.03   20% OF AVERAGE 6 MO DEPOSIT AMT   18.37

                         LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -  9.53
                         THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

----- REASON -----    DATE IMPOSED     --- NOTES ---   -- ENCUMBRANCE BREAKDOWN --
                                                       TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
GATE MONEY              08/21/14      AUTO GATE MONEY    30.47         .00        30.47         .00
SURCHARGE               07/17/14      1681 13           325.00       25.18       138.48       186.52      NEW YORK

   * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                       WATERTOWN CORRECTIONAL FACILITY
                           INMATE STATEMENT FOR THE PERIOD 01/01/16 THRU 01/29/16
************************************************************************************
*                                                                                   *
*   NAME: CARR LATRESE              DEPT ID:14A2840   CELL LOC:0J-01-02B  NYSID:04924656J *
*                                                                                   *
************************************************************************************

FACILITY    DATE       --- TRANSACTION ---      TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                           (COMMENTS)                                                             SPENDABLE    ACCT BAL
                       STARTING BALANCE AT WATERTOWN                                 116.12          9.61       125.73
                       BALANCE FORWARD                                                                          125.73

WATERTOWN   01/04/16  MAIL RECEIPT              A40982      100.00                    25.00         84.61       225.73
WATERTOWN   01/06/16  COMM BUY                                           43.21                      41.40       182.52
WATERTOWN   01/07/16  PAYROLL RCPT              130910        1.50                      .30         42.60       184.02
WATERTOWN   01/07/16  PAYROLL RCPT              168906        1.50                      .30         43.80       185.52
WATERTOWN   01/14/16  PAYROLL RCPT              130910        1.50                      .30         45.00       187.02
WATERTOWN   01/14/16  PAYROLL RCPT              168906        1.50                      .30         46.20       188.52
WATERTOWN   01/20/16  COMM BUY                                           46.12                       .00        142.40
WATERTOWN   01/21/16  PAYROLL RCPT              130910        1.50                      .30         1.28        143.90
WATERTOWN   01/21/16  PAYROLL RCPT              691201        2.37                      .47         3.18        146.27
WATERTOWN   01/28/16  PAYROLL RCPT              130910        1.50                      .30         4.38        147.77
WATERTOWN   01/28/16  PAYROLL RCPT              691201        1.90                      .38         5.90        149.67

            MONTHLY ENDING TOTALS                            113.27       89.33      143.77         5.90        149.67

            ENDING BALANCE AT WATERTOWN                                                                         149.67

            20% OF AVERAGE 6 MO SPENDABLE BALANCE              1.27    20% OF AVERAGE 6 MO DEPOSIT AMT         15.37

            LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -   9.53
            THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

--------------------------------------- ENCUMBRANCE BREAKDOWN -----------------------------------------
--- REASON ----    DATE IMPOSED    --- NOTES ---      TOTAL OWED   COL MTDATE   COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
GATE MONEY           08/21/14    AUTO GATE MONEY          30.47         .00        30.47          .00
SURCHARGE            07/17/14    1681 13                 325.00       27.65       113.30       211.70     NEW YORK

    *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                      WATERTOWN CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 12/01/15 THRU 12/31/15
***************************************************************************
*  NAME:CARR LATRESE         DEPT ID:14A2840   CELL LOC:0J-01-02B  NYSID:04924656J  *
***************************************************************************

FACILITY   DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE   STATEWIDE
                          (COMMENTS)                                                           SPENDABLE   ACCT BAL
                     STARTING BALANCE AT WATERTOWN                                  95.56         12.47     108.03
                     BALANCE FORWARD                                                                        108.03

WATERTOWN  12/03/15  PAYROLL RCPT             130910       1.20                       .48        13.19      109.23
WATERTOWN  12/03/15  PAYROLL RCPT             403203       1.90                       .76        14.33      111.13
WATERTOWN  12/09/15  COMM BUY                                          14.33                                 96.80
WATERTOWN  12/10/15  PAYROLL RCPT             130910       1.50                       .00          .00       98.30
WATERTOWN  12/10/15  PAYROLL RCPT             403203       2.37                       .60          .90      100.67
WATERTOWN  12/16/15  MAIL RECEIPT             A40733      40.00                       .94         2.33      140.67
WATERTOWN  12/17/15  PAY ENC-DP-T2(03-10/29/14)                                     16.08        26.25      135.67
WATERTOWN  12/17/15  PAY ENC-PURCH(03/BOX     )                         5.00         5.00-       26.25      134.79
WATERTOWN  12/17/15  PAY ENC-PURCH(03 BOX     )                          .88          .88-       26.25      133.91
WATERTOWN  12/17/15  PAY ENC-PURCH(03-BOX     )                          .88          .88-       26.25      132.84
WATERTOWN  12/17/15  PAY ENC-PURCH(03-BOX     )                         1.07         1.07-       26.25      131.96
WATERTOWN  12/17/15  PAY ENC-PURCH(03/BOX     )                          .88          .88-       26.25      130.23
WATERTOWN  12/17/15  PAYROLL RCPT             130910       1.50                      1.73        26.25      131.73
WATERTOWN  12/17/15  PAYROLL RCPT             403203       2.37                       .30        27.45      134.10
WATERTOWN  12/21/15  MAIL RECEIPT             A40803     40.00                        .47        29.35      174.10
WATERTOWN  12/23/15  COMM BUY                                          55.24                     59.35      118.86
WATERTOWN  12/24/15  PAYROLL RCPT             130910       1.50                       .00         4.11      120.36
WATERTOWN  12/24/15  PAYROLL RCPT             403203       2.37                       .30         5.31      122.73
WATERTOWN  12/31/15  PAYROLL RCPT             130910       1.50                       .47         7.21      124.23
WATERTOWN  12/31/15  PAYROLL RCPT             168906       1.50                       .30         8.41      125.73
                                                                                      .30         9.61

                              MONTHLY ENDING TOTALS        97.71      80.01        116.12         9.61     125.73

                     ENDING BALANCE AT WATERTOWN                                                           125.73

          20% OF AVERAGE 6 MO SPENDABLE BALANCE           1.32   20% OF AVERAGE 6 MO DEPOSIT AMT    12.18

          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    9.53
          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---- REASON ----    DATE IMPOSED    --- NOTES ---       ENCUMBRANCE BREAKDOWN ----------------
                                                        TOTAL OWED   COL MTDATE   COL TO-DATE   BALANCE DUE   CNTY/ORI CAS
GATE MONEY          08/21/14    AUTO GATE MONEY             30.47          .00         30.47           .00    NEW YORK
SURCHARGE           07/17/14    1681 13                    325.00        23.53         85.65        239.35

  *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                        STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                            WATERTOWN CORRECTIONAL FACILITY
                              INMATE STATEMENT FOR THE PERIOD 10/31/15 THRU 11/30/15
****************************************************************************
*   NAME:CARR LATRESE        DEPT ID:14A2840   CELL LOC:0J-01-41B   NYSID:04924656J   *
****************************************************************************

FACILITY    DATE      ---- TRANSACTION ----       TR-NUM      RECEIPT(+)  DISBURS(-)  COLLECTED AMT  STATEWIDE    STATEWIDE
                            (COMMENTS)                                                                SPENDABLE    ACCT BAL
                     STARTING BALANCE AT WATERTOWN                                        71.72        2.55          74.27
                     BALANCE FORWARD                                                                                 74.27
WATERTOWN   11/04/15  MAIL RECEIPT                 A40233        40.00                    22.50        20.05        114.27
WATERTOWN   11/05/15  PAYROLL RCPT                 403203         2.37                     1.12        21.30        116.64
WATERTOWN   11/05/15  PAYROLL RCPT                 756242         2.37                     1.12        22.55        119.01
WATERTOWN   11/09/15  COMM BUY                                              22.46           .00                      96.55
WATERTOWN   11/12/15  PAYROLL RCPT                 403203         2.37                     1.12         .09          98.92
WATERTOWN   11/12/15  PAYROLL RCPT                 756242         2.37                     1.12        1.34         101.29
WATERTOWN   11/19/15  PAYROLL RCPT                 130910         1.50                      .71        2.59         102.79
WATERTOWN   11/19/15  PAYROLL RCPT                 403203         1.90                      .90        3.38         104.69
WATERTOWN   11/23/15  MAIL RECEIPT                 A40462       100.00                    52.86        4.38         204.69
WATERTOWN   11/24/15  PAY ENC-DNA    (168113                                50.00         50.00-      51.52         154.69
WATERTOWN   11/24/15  PAY ENC-LOCK   (112363                                 5.25          5.25-      51.52         149.44
WATERTOWN   11/24/15  PAY ENC-OTHER(03 BOX                                    .88           .88-      51.52         148.56
WATERTOWN   11/24/15  PAY ENC-OTHER(03 BOX                                   1.07          1.07-      51.52         147.49
WATERTOWN   11/24/15  PAY ENC-OTHER(03 BOX                                   1.07          1.07-      51.52         146.42
WATERTOWN   11/24/15  PAY ENC-OTHER(03 BOX                                    .88           .88-      51.52         145.54
WATERTOWN   11/25/15  COMM BUY                                              41.38           .00       10.14         104.16
WATERTOWN   11/25/15  PAYROLL RCPT                 130910         1.50                      .60       11.04         105.66
WATERTOWN   11/25/15  PAYROLL RCPT                 403203         2.37                      .94       12.47         108.03

              MONTHLY ENDING TOTALS                             156.75     122.99         95.56       12.47         108.03

                    ENDING BALANCE AT WATERTOWN                                                                     108.03

            20% OF AVERAGE 6 MO SPENDABLE BALANCE                1.23  20% OF AVERAGE 6 MO DEPOSIT AMT              9.66

                     LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -   9.53
                     THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---- REASON ----        DATE IMPOSED    --- NOTES ---    ENCUMBRANCE BREAKDOWN
                                                         TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE   CNTY/ORI CAS
GATE MONEY              08/21/14   AUTO GATE MONEY          30.47       12.35       30.47         .00       NEW YORK
SURCHARGE               07/17/14   1681 13                 325.00       35.32       62.12       262.88
DISCIPLINARY TIER II    10/30/14   03-10/29/14               5.00        2.97        2.97         2.03
PURCHASE                11/03/14   03/BOX                     .88         .00         .00          .88
PURCHASE                12/04/14   03-BOX                     .88         .00         .00          .88
PURCHASE                12/26/14   03-BOX                    1.07         .00         .00         1.07
PURCHASE                12/30/14   03-BOX                     .88         .00         .00          .88
PURCHASE                01/28/15   03/BOX                    1.73         .00         .00         1.73

   * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                       WATERTOWN CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 10/01/15 THRU 10/30/15
***************************************************************************
**                                                                       **
**  NAME:CARR LATRESE         DEPT ID:14A2840   CELL LOC:0H-02-08B   NYSID:04924656J  **
**                                                                       **
***************************************************************************
```

| FACILITY | DATE | TRANSACTION (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT WATERTOWN | | | | | | 61.05 |
| | | BALANCE FORWARD | | | | 60.96 | .09 | 61.05 |
| WATERTOWN | 10/01/15 | PAYROLL RCPT | 403203 | 2.37 | | 1.12 | 1.34 | 63.42 |
| WATERTOWN | 10/01/15 | PAYROLL RCPT | 756242 | 2.37 | | 1.12 | 2.59 | 65.79 |
| WATERTOWN | 10/08/15 | PAYROLL RCPT | 403203 | 2.37 | | 1.12 | 3.84 | 68.16 |
| WATERTOWN | 10/08/15 | PAYROLL RCPT | 756242 | 2.37 | | 1.12 | 5.09 | 70.53 |
| WATERTOWN | 10/14/15 | COMM BUY | | | 5.08 | .00 | .01 | 65.45 |
| WATERTOWN | 10/15/15 | PAYROLL RCPT | 403203 | 2.37 | | 1.12 | 1.26 | 67.82 |
| WATERTOWN | 10/15/15 | PAYROLL RCPT | 756242 | 2.37 | | 1.12 | 2.51 | 70.19 |
| WATERTOWN | 10/22/15 | PAYROLL RCPT | 403203 | 1.90 | | .90 | 3.51 | 72.09 |
| WATERTOWN | 10/22/15 | PAYROLL RCPT | 756242 | 1.90 | | .90 | 4.51 | 73.99 |
| WATERTOWN | 10/23/15 | ORG DUES (ILC | | | 1.00 | .00 | 3.51 | 72.99 |
| WATERTOWN | 10/28/15 | COMM BUY | | | 3.46 | .00 | .05 | 69.53 |
| WATERTOWN | 10/29/15 | PAYROLL RCPT | 403203 | 2.37 | | 1.12 | 1.30 | 71.90 |
| WATERTOWN | 10/29/15 | PAYROLL RCPT | 756242 | 2.37 | | 1.12 | 2.55 | 74.27 |
| | | MONTHLY ENDING TOTALS | | 22.76 | 9.54 | 71.72 | 2.55 | 74.27 |
| | | ENDING BALANCE AT WATERTOWN | | | | | | 74.27 |
| | | 20% OF AVERAGE 6 MO SPENDABLE BALANCE | | .93 | 20% OF AVERAGE 6 MO DEPOSIT AMT | | | 4.99 |

```
LAGGED PAYROLL, DAYS LAGGED - 15  AMOUNT LAGGED -    9.53
THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY
```

### ENCUMBRANCE BREAKDOWN

| REASON | DATE IMPOSED | NOTES | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| GATE MONEY | 08/21/14 | AUTO GATE MONEY | 30.47 | 2.88 | 18.12 | 12.35 | NEW YORK |
| SURCHARGE | 07/17/14 | 1681 13 | 325.00 | 3.94 | 26.80 | 298.20 | |
| DNA DATABANK FEE | 07/17/14 | 168113 | 50.00 | 3.94 | 26.80 | 23.20 | |
| PADLOCK | 08/29/14 | 112363 | 5.25 | .00 | .00 | 5.25 | |
| OTHER | 10/15/14 | 03 BOX | .88 | .00 | .00 | .88 | |
| OTHER | 10/15/14 | 03 BOX | 1.07 | .00 | .00 | 1.07 | |
| OTHER | 10/17/14 | 03 BOX | 1.07 | .00 | .00 | 1.07 | |
| OTHER | 10/23/14 | 03 BOX | .88 | .00 | .00 | .88 | |
| DISCIPLINARY TIER II | 10/30/14 | 03-10/29/14 | 5.00 | .00 | .00 | 5.00 | |
| PURCHASE | 11/03/14 | 03/BOX | .88 | .00 | .00 | .88 | |
| PURCHASE | 12/04/14 | 03 BOX | .88 | .00 | .00 | .88 | |
| PURCHASE | 12/26/14 | 03-BOX | 1.07 | .00 | .00 | 1.07 | |
| PURCHASE | 12/30/14 | 03-BOX | .88 | .00 | .00 | .88 | |
| PURCHASE | 01/28/15 | 03/BOX | 1.73 | .00 | .00 | 1.73 | |

* ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.